UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOZA, LLC<br><br>    Plaintiff,<br><br>-v-<br><br>TUMI PRODUCE INTERNATIONAL CORP., CATHERINE BRACHO, WILLIAM BRACHO, ULTRA FRESH, LLC, MICHAEL FELIX, and, WILLIAM HIDALGO<br><br>    Defendants. | Civil Action No. 17-CV-1331 (WHP)<br><br>ORDER ADMITTING DENNIS H. SABOURIN, ESQ. *PRO HAC VICE* AS ATTORNEY FOR DEFENDANTS ULTRA FRESH, LLC AND MICHAEL FELIX |

    The motion of Dennis H. Sabourin, Esq., for admission to practice *Pro Hac Vice* in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the bar of the state of New Jersey; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Dennis H. Sabourin, Esq. |
| Firm Name: | Rabner Baumgart Ben-Asher & Nirenberg, P.C. |
| Address: | 52 Upper Montclair Plaza, Montclair, New Jersey 07043 |
| City / State / Zip: | Montclair, New Jersey 07043 |
| Telephone/Fax: | (973) 842-4974/(973) 783-1524 |
| E-mail: | dsabourin@rabnerbaumgart.com |

    Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Michael Felix and Ultra Fresh, LLC in the above-captioned action;

    **IT IS HEREBY ORDERED** that Dennis H. Sabourin, Esq. is admitted to practice *Pro Hac Vice* as attorney for defendants Michael Felix and Ultra Fresh, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                                       _____
                                                                       William H. Pauley, III, U.S.D.J.